Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000579
15-MAR-2017
08:10 AM

NO. CAAP-16-0000579

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
VINCENT SALAS, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 16-1-0939)

ORDER APPROVING THE MARCH 9, 2017
"STIPULATION TO DISMISS APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed March 9, 2017, by Plaintiff-Appellant State of Hawaiʻi, it appears that (1) the appeal was docketed on October 17, 2016; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawaiʻi, March 15, 2017.

Presiding Judge

Associate Judge

Associate Judge